IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PATRICIA DESPAIN | § | |
| | § | CIVIL ACTION NO. 1:20-cv-00399 |
| v. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| LIBERTY COUNTY, TEXAS | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Final Order of Dismissal. [Dkt. 13]. The Parties seek a dismissal with prejudice of all causes of action by and between the parties, whether by direct action or by crossclaim, asserted or not in this litigation, whether for indemnity, contribution, breach of contract, attorneys' fees or otherwise.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all court dates and pending deadlines are hereby vacated, and that all pending motions in this matter be DENIED as moot.

**SIGNED this 29th day of March, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge